**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Charles Deweese Construction, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **61-1244543** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **765 Industrial Bypass North** <br> **Franklin, KY 42134** <br> Number, Street, City, State & ZIP Code <br><br> **Simpson** <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.charlesdeweeseconstruction.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **Charles Deweese Construction, Inc.**                                      Case number (*if known*) _____
             Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
___2379___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    **Charles Deweese Construction, Inc.**                          Case number (*if known*) _____
_____
Name

List all cases. If more than 1,
attach a separate list

| | Debtor _____ | When _____ | Relationship _____ |
|---|---|---|---|
| | District _____ | | Case number, if known _____ |

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Charles Deweese Construction, Inc.** _____    Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  1, 2022** _____
MM / DD / YYYY

X **/s/ Charles Weldon Deweese** _____         **Charles Weldon Deweese** _____
Signature of authorized representative of debtor                Printed name

Title    **President** _____

**18. Signature of attorney**

X **/s/ Tyler R. Yeager** _____         Date    **July  1, 2022** _____
Signature of attorney for debtor                                   MM / DD / YYYY

**Tyler R. Yeager 92722** _____
Printed name

**Kaplan Johnson Abate & Bird LLP** _____
Firm name

**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202** _____
Number, Street, City, State & ZIP Code

Contact phone    **(502) 416-1630** _____    Email address    **tyeager@kaplanjohnsonlaw.com** _____

**92722 KY** _____
Bar number and State

**RESOLUTION OF THE BOARD OF DIRECTORS OF
CHARLES DEWEESE CONSTRUCTION, INC.**

**June 21, 2022**

The undersigned, being all the members of the Board of Directors (the "Board") of Charles Deweese Construction, Inc. (the "Company"), in lieu of holding a meeting of the Board, do hereby adopt by unanimous written consent the following recitals and resolutions pursuant to the Articles of Incorporation of the Company, dated August 4, 1993, and its bylaws (collectively, the "Company Agreement"). Capitalized terms not otherwise defined herein have the meaning set forth in the Company Agreement.

**WHEREAS**, the Board has determined that the Company does not have sufficient assets on hand to meet its financial obligations as they come due; and

**WHEREAS**, the Board has determined that it is necessary and in the best interests of the Company and its creditors, and in furtherance of the Company's purposes, for the Company to seek the protection of title 11 of the United States Code (the "Bankruptcy Code") by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**NOW, THEREFORE, BE IT RESOLVED** that Charles Weldon Deweese, as President of the Company, is authorized and directed to execute and deliver all documents necessary to commence the Company's voluntary chapter 11 bankruptcy case to be filed in the United States Bankruptcy Court for the Western District of Kentucky.

**FURTHER RESOLVED** that Charles Weldon Deweese, as President of the Company, is authorized and directed to appear on behalf of the Company in all bankruptcy proceedings, and to perform all acts and deeds and execute and deliver all necessary instruments on behalf of the Company in connection with its bankruptcy case, provided, however, that Mr. Deweese may delegate such responsibilities to be exercised by another individual; and

**FURTHER RESOLVED** that the Company is authorized and directed to employ the law firm of Kaplan Johnson Abate & Bird LLP to represent the Company in its bankruptcy case.

<u>**Counterparts; Electronic Mail Transmission**</u>

This resolution may be executed in counterparts, each of which shall constitute an original, and all of which shall constitute one and the same resolution. This consent may also be executed by electronic mail transmission.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the members of the Board have executed this Resolution on the date first written above.

Charles Weldon Deweese, President

Penny Deweese, Secretary-Treasurer

**Fill in this information to identify the case:**

Debtor name    **Charles Deweese Construction, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 1, 2022**         X **/s/ Charles Weldon Deweese**
                                         Signature of individual signing on behalf of debtor

                                         **Charles Weldon Deweese**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Charles Deweese Construction, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BENCHMARK COMPANIES** P.O. BOX 331516 MURFREESBORO, TN 37133 | **Donna S. Hudson** donna@benchmark cos.com 615-203-6655 | **Subcontractor** | | | | $270,499.90 |
| **BRANDYWINE** 2470 FORDS MILL RD **PARIS, KY 40361** | **Mary Link** mlink@brandywine explosives.com 859-987-3612 | **Supplier** | | | | $683,865.22 |
| **CAT FINANCIAL CAT CARD** PO BOX 735638 DALLAS, TX 75373-5638 | 877-373-8510 | **Credit card account** | | | | $204,430.53 |
| **CINCINNATI INSURANCE COMPANIES** PO BOX 145620 CINCINNATI, OH 45250-5620 | **Tina Henbest** thenbest@higusa.c om 270-529-1402 | **Property insurance** | | | | $735,351.00 |
| City of Murfreesboro 111 West Vine Street Murfreesboro, TN 37130 | Joe Ehleben jehleben@murfrees borotn.gov 615-893-6441 | **Contract** | | | | $220,058.38 |
| **City of White House** 105 College Street White House, TN 37188 | **Jason L. Reynolds, CRS Engineering** 615-672-4350 | **Contract** | | | | $204,034.95 |
| **DeAngelis Diamond Construction, LLC** 6635 Willow Park Dr. Naples, FL 34109 | **Ashley Schultz** ashley.shultz@dea ngelisdiamond.co m 2239-207-7999 | **General contractor** | | | | $4,484,783.60 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Charles Deweese Construction, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FORTLINE INC P O BOX 744053 ATLANTA, GA 30384-4053 | Sherry Claytor<br><br>sherry.claytor@reece.com<br>214-446-1261 | Supplier | | | | $4,127,644.11 |
| Foster Supply, Inc. 912 Burgin Road Harrodsburg, KY 40330 | Ron Foster<br><br>ronfoster@fostersupply.com<br>304-282-7614 | Subcontractor | | | | $199,391.09 |
| Gearhart Construction 120 E. Market St., #1 Leesburg, VA 20176 | Dave Gearhart<br><br>dgearhart@gearhartconstruction.com<br>202-403-4989 | General contractor | | | | $472,298.48 |
| HAWKINS ASPHALT PAVING 6013 Highway 64 E WARTRACE, TN 37183 | Nolen  Spencer<br><br>nspencer@hpmail.us<br>931-389-9671 | Subcontractor | | | | $482,235.20 |
| KIMBRO OIL COMPANY P O BOX 23089 NASHVILLE, TN 37202-3089 | Anita Mills<br><br>amills@kimbrooil.com<br>615-320-7484 | Supplier | | | | $1,017,489.11 |
| KL Nexus TN LLC Attn: William Johnson 105 NE 1st St Delray Beach, FL 33444-3807 | Joshua Gibbs<br><br>jgibbs@kolter.com<br>813-615-1244 | Contractor agreement | | | | $7,135,954.96 |
| OLDCASTLE INFRASTRUCTURE P O BOX 402721 ATLANTA, GA 30384-2721 | Deidra Provost<br><br>deidra.provost@oldcastle.com<br>770-270-3935 | Supplier | | | | $462,669.02 |
| RAPID FUELING P O Box 283 FRANKLIN, KY 42135 | Lydia Johnson Latham<br><br>aljdist@comcast.net<br>270-586-4462 | Supplier | | | | $1,522,451.80 |
| S & W Contracting Company Inc 952 New Salem Hwy. Murfreesboro, TN 37129 | Mitch Arnold<br><br>marnold@sandwcontracting.com<br>615-893-2511 | Subcontractor | | | | $302,584.70 |

Debtor   **Charles Deweese Construction, Inc.**
         Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| SOUTHERN NURSERIES INC 136 CENTER POINT RD SOUTH HENDERSONVILLE, TN 37075 | Noah Hamilton noah@holycowsoils.com 615-824-4444 | Subcontractor | | | | $296,792.27 |
| TRUX NOW 1601 TRAPELO RD, SUITE 140 WALTHAM, MA 02451 | Brian P. Steele bsteele@truxnow.com 857-371-2422 | Supplier | | | | $496,750.16 |
| Twin K Construction, Inc. 13271 Scott Highway Helenwood, TN 37755 | Jacob Brown jbrown@twinkconstruction.com 423-569-2049 Ext. 111 | Subcontractor | | | | $264,153.74 |
| VULCAN MATERIALS P O BOX 75219 Charlotte, NC 28275-5219 | Dave Muno munod@vmcmail.com 630-955-8505 | Supplier | | | | $644,413.57 |

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Charles Deweese Construction, Inc.**                      Case No. _____

                                   Debtor(s)                  Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 1, 2022**                      **/s/ Charles Weldon Deweese**

                                              **Charles Weldon Deweese**/**President**
                                              Signer/Title

1ST NATIONAL CAPITAL
Attn: SEAN BARASH
38 DISCOVERY SUITE 150
IRVINE, CA 92618

36TH STREET CAPITAL PARTNERS
15 Maple Avenue, 2nd Floor
Morristown, NJ 07960

36th Street Capital Partners, LLC
PO BOX 4516
Houston, TX 77210-4916

A&W Southern Sod Farms
5651 Fred Perry Road
Springfield, TN 37172

A. L. JOHNSON DISTRIBUTOR, LLC
P O BOX 283
FRANKLIN, KY 42135

Aarow Electric
PO BOX 36215
Louisville, KY 40233

ABC Concrete Cutting Inc.
1821 Pocahontas Trail
Lebanon, TN 37087

ACF ENVIRONMENTAL
P O BOX 745875
ATLANTA, GA 30374-5875

ADC INCORPORATED
P O BOX 840
LEBANON, TN 37087

ADVANCE AUTO PARTS
P O BOX 742063
ATLANTA, GA 30374-2063

Advance Resources
PO Box 15270
Irvine, CA 92623-5270

ADVANCED ANALYTICAL SOLUTIONS
6325 EMERSON AVENUE
PERKERSBURG, WV 26104

Advantage Funding Commercial Capital
1111 Marcus Avenue
New Hyde Park, NY 11042

Agri Supply
582 Lowell Mill Rd.
Selma, NC 27576

Air Hydro Power Inc.
P O Box 9001005
Dept # 200
Louisville, KY 40290-1005

Airgas, Inc.
P O BOX 734672
DALLAS, TX 75373-4672

ALLY FINANCIAL
PO BOX 9001951
LOUISVILLE, KY 40290-1951

AMERICAN EXPRESS
P O BOX 650448
DALLAS, TX 75265-0448

Amur Equipment Finance, Inc.
308 N. Locust Street
Suite 100
Grand Island, NE 68801

ANTHEM BCBS KY GROUP
PO BOX 645438
CINCINNATI, OH 45264-5438

Anthony Holt
298 Kirk Lane
Gallatin, TN 37066

Aqua Paving
807 N. Bridge Street
Yorkville, IL 60560

ARVEST BANK
821 W. MONROE
LOWELL, AR 72745

ASCENTIUM CAPITAL
PO BOX 11407
BIRMINGHAM, AL 77339

ASCENTIUM HVAC
PO BOX 11407
BIRMINGHAM, AL 77339

ASPHALT MATERIALS, INC
PO BOX 933022
CLEVELAND, OH 44193

ASSOCIATED GEOLOGIST, INC
56 TOPPLER DR
CASTLE PINES, CO 80108

ASTEC INC
P O BOX 934331
ATLANTA, GA 31193-4331

ATMOS ENERGY - Gas Co
P O BOX 740353
Cincinnati, OH 45274-0353

Avesis Third Party Administrat
PO Box 842531
Las Angeles, CA 90084-2531

AVT Kentucky, L.P.
6995 Union Park Center
Suite 400
Midvale, UT 84047

AVT Leasing Fund III, LLC
6995 Union Park Center, Suite 400-A
Midvale, UT 84047

AVTECH / CORTLAND
6995 UNION PARK CENTER
SUITE 400
COTTONWOOD HEIGHTS, UT 84047

BELT TECH
P.O. BOX 620
WASHINGTON, IN 47501

BENCHMARK COMPANIES
P.O. BOX 331516
MURFREESBORO, TN 37133

Benefits Administrators LLC
269 West Main Street
Suite 700
Lexington, KY 40507

BEST ONE TIRE SERVICE INC
1118 MENZLER RD
NASHVILLE, TN 37210

BG Machine & Welding, INC
PO BOX 340
BOWLING GREEN, KY 42102

BG TIRE, LLC
1046 LOVERS LANE
BOWLING GREEN, KY 42103

BIR TRUCK & TRAILER REPAIR
3303 SCOTTSVILLE RD
FRANKLIN, KY 42134

BLUEGRASS CELLULAR
P O BOX 740881
CINCINNATI, OH 45271-0881

BMO HARRIS BANK NA
P O BOX 71810
CHICAGO, IL 60694-1810

BMS LLC
P O Box 43653
Louisville, KY 40253-0653

BOWEN TIRE COMPANY
P O BOX 2813
FRANLIN, KY 42135

Boyd & Sons Machinery LLC
16 S 350 E
Washington, IN 47501

BOYD COMPANY
DEPT. 8326
CAROL STREAM, IL 60122-8326

Boyd Company
PO Box 35900
Louisville, KY 40232

Brandeis Inc.
PO Box 32230
Louisville, KY 40232

BRANDYWINE
2470 FORDS MILL RD
PARIS, KY 40361

BROOKS MOTOR & ELECTRIC, INC
506 E HAPPY VALLEY ST
CAVE CITY, KY 42127

JASON BURD
4401 WOODROW WILSON RD
SPRINGFIELD, TN 37172

Byler Lumber Company LLC
1209 Hughes Rd
Auburn, KY 42206

C T CORPORATION SYSTEM
P O Box 4349
Carol Stream, IL 60197-4349

```
CARTER LUMBER
3975 LOUISVILLE RD
BOWLING GREEN, KY 42101-0131

CAT FINANCIAL CAT CARD
PO BOX 735638
DALLAS, TX 75373-5638

CATERPILLAR FINANCIAL
LOCKBOX 730681
14800 FRYE RD, 2ND FLOOR
FT WORTH, TX 76155

Caterpillar Financial Services Corp.
2120 West End Ave
Nashville, TN 37203-0986

Certified Laboratories
23261 Network Place
Chicago, IL 60673-1232

Chilly Ben's Heating & Air Conditioning
1600 Dittmore Ford Road
Franklin, KY 42134

CHOWNING FARMS
8160 CROSS PLAINS RD
WHITE HOUSE, TN 37188

Joshua D. Christensen
Greenstein Sellers PLLC
825 Nicollet Mall, Suite 1648
Minneapolis, MN 55402

CINCINNATI INSURANCE COMPANIES
PO BOX 145620
CINCINNATI, OH 45250-5620

CINTAS 051
PO BOX 630921
CINCINNATI, OH 45263-0910

CIT Bank, N.A.
10201 Centurion Parkway North
Suite 100
Jacksonville, FL 32256

CITY OF AUBURN
P O Box 465
AUBURN, KY 42206

City of Elkton
P O Box 578
Elkton, KY 42220
```

City of Franklin - Utilities
PO Box 2835
Franklin, KY 42135

CITY OF LEITCHFIELD
P O BOX 398
LEITCHFIELD, KY 42755-0398

City of Murfreesboro
111 West Vine Street
Murfreesboro, TN 37130

CITY OF WESTMORELAND
1001 PARK STREET
WESTMORLAND, TN 37186

City of White House
105 College Street
White House, TN 37188

City Salvage & Recycling, Inc.
Lee Ann Naghtin
3665 Witty Lane
HOPKINSVILLE, KY 42240

Civic Bank
215 Centerview Dr.
Suite 105
Brentwood, TN 37027

CLARKSVILLE GAS AND WATER
2215 MADISON ST
CLARKSVILLE, TN 37043

CLEARCOMPANY
PO BOX 419189
BOSTON, MA 02241-9189

CLM PORT-A-POTTY RENTALS
8516 MIDDLETON CIR
FRANKLIN, KY 42134

CNH Industrial Capital America LLC
500 Diller Ave
New Holland, PA 17557

CNH Industrial Capital LLC
PO BOX 71264
PHILADELPHIA, PA 19176

Colonial Life
PO Box 903
Columbia, SC 29202-0903

COMMERCIAL BANK OF GRAYSON
P O BOX 7
GRAYSON, KY 41143

COMMERCIAL CREDIT GROUP INC
2135 CITY GATE LANE
SUITE 440
NAPERVILLE, IL 60563

Commercial Credit Group Inc.
2135 City Gate Lane
Suite 440
Naperville, IL 60563

COMMONWEALTH BANK & TRUST
PO BOX 22699
LOUISVILLE, KY 40252

COMMONWEALTH OF VIRGINIA
DEPT PROFESSIONAL REGULATIONS
P O BOX 26792
RICHMOND, VA 23261

COMPUTER CONCEPTS
P O BOX 1241
HARLAN, KY 40831

CONCRETE CUTTING OF MIDDLE TN
PO BOX 330925
MURFREESBORO, TN 37133

CONSOLIDATED PIPE & SUPPLY CO
DEPT. 3147
P O BOX 2153
BIRMINGHAM, AL 35287-3147

Conway Enterprises, LLC
3422 Lawncrest Cv
Murfreesboro, TN 37129

CORE & MAIN
1830 CRAIG PARK COURT
ST. LOUIS, MO 63146

IRMA CORTES
412 N RAILROAD ST
FRANKLIN, KY 42134

Cox Communications
P O Box 78000
Detroit, MI 48278-1114

```
CRESTMARK
PO BOX 233756
3756 MOMENTUM PLACE
CHICAGO, IL 60689-5337

Crestmark Equipment Finance
Metabank, National Association
5480 Corporate Drive
Suite 350
Troy, MI 48098

CRESTMARK/1ST NAT/CORTLAND
PO BOX 233756
3756 MOMENTUM PLACE
CHICAGO, IL 60689

CROCKER & CROCKER, ATTORNEYS
126 West KY Ave
Franklin, KY 42134

CROWN CONTRACTING & PAVING
11000 US-62
PRINCETON, KY 42445

CTR UTILITY REHAB LLC
5715 BALL CAMP PIKE
KNOXCILLE, TN 37921

CULTURAL RESOURCE ANALYSTS
151 WALTON AVE
LEXINGTON, KY 40508

CUMBERLAND VALLEY NATIONAL BAN
PO BOX 709
LONDON, KY 40743-0709

Custom Sling Company, LLC
PO Box 78428
TN 37297

Cutting Edge Automotive
P.O. Box 2549
Roberstdale, AZ 36567

DAIMLER TRUCK FINANCIAL
MERCEDES-BENZ FINANCIAL
14372 HERITAGE PARKWAY
FORT WORTH, TX 76177

DAVIS H ELLIOT CONSTR. CO, INC
673 BLUE SKY PKWY
LEXINGTON, KY 40509
```

De Lage Landen Financial Inc.
P O box 41602
Philadelphia, PA 19101-1602

De Lage Landen Financial Services, Inc.
111 Old Eagle School Road
Wayne, PA 19087

DeAngelis Diamond
6635 Willow Park Dr.
Naples, FL 34109

DeAngelis Diamond Construction, LLC
6635 Willow Park Dr.
Naples, FL 34109

DEDUCTIBLE RECOVERY GROUP
PO BOX 6068-31
HERMITAGE, PA 16148

DEERE CREDIT INC.
P O BOX 4450
CAROL STREAM, IL 60197-4450

Charles W. Deweese
519 Gregory Road
Franklin, KY 42134

Penny Deweese
519 Gregory Road
Franklin, KY 42134

Dext Capital, LLC
5285 Meadows Raod
Suite 335
Lake Oswego, OR 97035

DIAMOND EQUIPMENT INC
120 Flex Park Dr
Bowling Green, KY 42101

J. Cole Dowsley, Jr.
Thompson Burton, PLLC
1801 West End Ave., Suite 1550
Nashville, TN 37203

EAGLE FOUNDRY CO.
P O BOX 250
EAGLE CREEK, OR 97022-0250

EARL DUDLEY, INC
P O BOX 320185
BIRMINGHAM, AL 35232

EATON COLLISION & REFINISH CTR
864 FEDERAL STREET
FRANKLIN, KY 42134

EKU Workforce Development & Co
202 PERKINGS BUILDING
521 LANCASTER AVE
RICHMOND, KY 40475

Element Financial Corp.
655 Business Center Drive
Horsham, PA 19044

ELITTE SEPTIC TANK SERV, INC.
P O BOX 70256
NASHVILLE, TN 37207

ELPO LAW
1101 COLLEGE STREET
BOWLING GREEN, KY 42102

ENERGY WORLDNET,INC
P O BOX 2106
DECATUR, TX 76234

ENGLAND EROSION SEED & SUPPLY
6100 CENTENNIAL BLVD
NASHVILLE, TN 37209

ENGS Commercial Finance CO
P O Box 71347
Chicago, IL 60694-1347

ENGS COMMERCIAL FINANCE CO.
PO Box 4062
Lisle, IL 60532

ENSAFE
P O BOX 5095
MEMPHIS, TN 38101-5095

ENSIGN ELECTRIC LLC
416 ALLENSVILLE STREET
ELKTON, KY 42220

ENTERPRISE FLEET MGMT
P O BOX 800089
KANSAS CITY, MO 64180-0089

EquipmentWatch
22701 W 68th Terr
Ste 100
Shawnee, KS 66226-3583

Estes Express Lines
PO BOX 105160
Atlanta, GA 30348-5160

EverReady Transportation
PO BOX 68016
Nashville, TN 37206

EXCELL
7114 Three Springs Road
Bowling Green, KY 42104

FAIRBANKS SCALES Inc.
P O BOX 419655
KANSAS CITY, MO 64121-9655

Farmers Bank
120 Village Drive
Portland, TN 37148

FARMERS RECC
PAYMENT PROCESSING
P O BOX 2189
GLASGOW, KY 42142-2189

FARRER BROS.
1209 N.W. BROAD STREET
MURFREESBORO, TN 37129

FEDEX
P O BOX 223125
PITTSBURGH, PA 15251-2125

FELTS TOWING & RECOVERY
237 N GRAHAM ST
BOWLING GREEN, KY 42101

FERGUSON FIRE FABRICATION INC
PO BOX 100286
ATLANTA, GA 30384-0286

FIRST INSURANCE FUNDING
450 Skokie Blvd, Suite 1000
Northbrook, IL 60062-7917

First Western Bank & Trust
100 Prairie Center Drive
Eden Prairie, MN 55344

FIRST WESTERN EQUIPMENT FINANCE
ADVANCE ACCEPTANCE
EDEN PRAIRIE, MN 55344

First-Citizen Bank & Trust
CIT ACH
21146 Network Place
Chicago, IL 60673

FLEETWATCHER, LLC
8727 COMMERCE PARK PLACE
SUITES A-D
INDIANAPOLIS, IN 46268

FOLEY PRODUCTS COMPANY
P.O. BOX 2447
COLUMBUS, GA 31902

FORD CREDIT
P O BOX 650575
DALLAS, TX 75265-0575

Forestar (USA) Real Estate Group
5002 Norhwest Broad St
Murfreesboro, TN 37129

FORTILINE INC
P O BOX 744053
ATLANTA, GA 30384-4053

Foster Supply, Inc.
912 Burgin Road
Harrodsburg, KY 40330

FRANKLIN BANK & TRUST COMPANY
661 Dishman Lane
Bowling Green, KY 42104

Franklin Rock and Recycle LLC
P O Box 133
Smithville, IN 47458

FS LAWN CARE SERVICE
PO BOX 533
FRANKLIN, KY 42135

FUSIONSITE TENNESSEE, LLC
P O Box 60
WHITES CREEK, TN 37189

Gaddie Shamrock LLC
Po Box 280
Columbia, KY 42728

GALES DISTRIBUTORS
510 Morgantown Rd
Bowling Green, KY 42101

GALLATIN PUBLIC UTILITIES
239 Hanock Street
Gallatin, TN 37066

GARROTT BROS INC
P O BOX 419
GALLATIN, TN 37066

Gearhart Construction
120 E. Market St., #1
Leesburg, VA 20176

Geoghegan Roofing & Supply Inc
411 Dishman Lane
Bowling Green, KY 42101

Geothermal  Supply Co Inc
106 Cherry St
Horse Cave, KY 42749

GERALD PRINTING SERVICE
PO BOX 51907
BOWLING GREEN, KY 42102

Grade A Construction LLC
200 Nonaville Road
Mt. Juliet, TN 37122

Granite Inliner
4520 N. State Road 37
Orleans, IN 47452

Graves Gilbert Clinic
P O Box 90007
Bowling Green, KY 42102

GREEN RIVER RENTALS INC
5720 NASHVILLE ROAD
BOWLING GREEN, KY 42101

Gregory Real Estate
145 Ziegler's Fort Road
Gallatin, TN 37066

Grizzly Fence
5731 Lakeview Rd.
Springfield, TN 37172

H & H Sheet Metal Fabricators
355 Peyton Street
Russellville, KY 42276

HABITAT FOR HUMANITY SIMPSON
PO BOX 363
FRANKLIN, KY 42135

HAWKINS ASPHALT PAVING
6013 Highway 64 E
WARTRACE, TN 37183

HAYES INSTRUMENT CO, INC
502 S CANNON BLVD
SHELBYVILLE, TN 37160

HAYES PIPE INC
P O BOX 101550
NASHVILLE, TN 37224

Hayes Shoes Corp#3
PO Box 1037
Bowling Green, KY 42134

HCSS INNOVATIVE SOFTWARE
P.O.BOX 734695
DALLAS, TX 75373-4695

HEALTH CONNECTION, LLC
Owner: Sarah Hayden
4700 Todds Road
Lexington, KY 40509

HEAVY MACHINES, INC
2115 N THOMPSON LN
MURFREESBORO, TN 37129

HENRY A. PETTER SUPPLY CO
P O BOX 2350
PADUCAH, KY 42001

Hickey Steel LLC
500 W 10TH STREET
BOWLING GREEN, KY 42101

Hitachi Capital America Corp.
7808 Creekridge Circle
Suite 250
Minneapolis, MN 55439

Hodges & Haynes
319 E. 10th Ave.
P.O. Box 1865
Bowling Green, KY 42102-1865

HOLSTON GASES
130 TURNER CT.
BOWLING GREEN, KY 42101

HRay LLC
135 Redbud Drive
Hodgenville, KY 42748

Hunter Excavating, LLC
487 Nichols Lane
Gallatin, TN 37066

Adam Hunter
487 Nichols Lane
Gallatin, TN 37066

HUNTINGTON NATIONAL BANK
PO BOX 182519
COLUMBUS, OH 43218-2519

Hutson INC
10300 Telephone Rd
Chandler, IN 47610

Hydraulic Services
236 AIRPORT RD
GALLATIN, TN 37066

Hydraulic Specialists, Inc.
291 Highway 3091
Somerset, KY 42503

IMI - Tennessee Inc
2001 Antioch Pike
Nashville, TN 37013

IMP Mechanical LLC
446 Westbridge Road
Fayettville, GA 30214

IMPCO
P O BOX 1213
MADISONVILLE, KY 00042-4731

INCORP SERVICES INC
P O BOX 94438
LAS VEGAS, NV 89193-4438

Indigo Commercial Finance, LLC
1289 W. City Center Drive
Suite 100
Carmel, IN 46032

INFRASTRUCTURE PRECAST, INC.
P O BOX 27
HARTFORD, KY 42347

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

```
INTERNATIONAL DRILLERS SUPPLY
P O BOX 101636
NASHVILLE, TN 37224

Interstate Billing Services
84 CEDAR WAY
BOWLING GREEN, KY 42101

IOFII Equity Holdings I, LLC
5838 E Naples Plaza
Long Beach, CA 90803

Iron Bridge Sod Farms
2532 Petty Dr
Bowling Green, KY 42103

Isco Industries Inc.
1974 Solutions Center
Chicago, IL 60677-1009

J & D Equipment Hauling  LLC
3470 West Richmond Shop Rd
Lebanon, TN 37090

J & P Plumbing CO
James Moore
721 Hogans Branch Road
Hendersonville, TN 37075

J Arthur, LLC
1668 Stokley Lane
Murfreesboro, TN 37128

J J  KELLER & ASSOCIATES, INC.
P O BOX 6609
CAROL STREAM, IL 60197-6609

J.EDINGER AND SON, INC.
1010 STORY AVENUE
LOUISVILLE, KY 40206

JARRETT CONCRETE PRODUCTS
& SUPPLIES
2012 Highway 12 S
Ashland City, TN 37015

JB&B Capital, LLC
1111 N. Northshore Dr.
Suite P270
Knoxville, TN 37919

JBS TRUCK REPAIR
205 TOBACCO ROAD
UNIT 3
BOWLING GREEN, KY 42101
```

```
JCB FINANCE
655 BUSINESS CENTER DRIVE
HORSHAM, PA 19044

JEN-HILL INC
P O BOX 1192
HENDERSONVILLE, TN 37075

JMD
2830 FRANKLIN RD
RUSSELLVILLE, KY 42276

JOHN BOUCHARD & SONS
1024 HARRISON STREET
Nashville, TN 37203

John Deere Construction & Forestry Co.
6400 NW 86th Street
Johnston, IA 50131

JONES DRILLING SUPPLY, LLC
4540 Old Mayfield Road
PADUCAH, KY 42001

Jones Septic Service
6592 US Highway 231S
Cromwell, KY 42333-9525

JP Yard LLC
ATTN: JASON POLLARD
2709 Owl Hollow Road
Franklin, TN 37064

JT Tools Sales LLC
1945 Scottsville Rd
B2 #395
Bowling Green, KY 42104

Julius Branscome Inc.
7812 Bethlehem Rd
Manassas, VA 20109

Kentucky Department of Revenue
Sales Tax Division
Frankfort, KY 04062-0003

KENTUCKY STATE TREASURE
KY LABOR CAB, DIV OF OSH COMP.
500 MERO STREET, 3RD FLOOR
FRANKFORT, KY 40601

Kentucky State Treasurer
PO BOX 491
FRANKFORT, KY 40602-0491
```

```
KENTUCKY STATE TREASURER
DIV MINE RECLAMATION & ENFORCE
300 SOWER BLVE, 2ND FLOOR
FRANKFORT, KY 40601

KENTUCKY TRANSPORTATION CABINE
TAX AND FINANCE BRANCH
PO BOX 2004
FRANKFORT, KY 40602-2004

KENWAY CONTRACTING, INC.
4520 LOUISVILLE ROAD
BOWLING GREEN, KY 42101

KERR BROS. & ASSOC., INC.
P O BOX 110229
NASHVILLE, TN 37222

KEVIN LUCAS TRUCKING, INC.
12276 HARDINSBURG RD
VERTREES, KY 42724

KEYSTONE EQUIP. FINANCE CORP
433 NEW PARK AVENUE
WEST HARTFORD, CT 06110

KIMBALL MIDWEST
DEPT. L-2780
COLUMBUS, OH 43260-2780

KIMBRO OIL COMPANY
P O BOX 23089
NASHVILLE, TN 37202-3089

KJ Mechanical
876 Maynard Lane
Columbia, TN 38401

KL Nexus TN LLC
Attn: William Johnson
105 NE 1st St
Delray Beach, FL 33444-3807

Komatsu Financial
P O BOX 99303
Chicago, IL 60693-9303

Komatsu Financial LP
1701 W. Golf Rd.
Suite 1-300
Rolling Meadows, IL 60008

KY ASSOC OF HWY CONTRACTORS
P O BOX 637
FRANKFORT, KY 40602
```

KY STATE TREASURER
Division of Construction
200 Metro Street
Frankfort, KY 40601

L.S. LEE, INC.
3008 Falling Creek Avenue
P.O. Box 34309
Richmond, VA 23234

Laymor Parts
401 Capacity Drive
Longview, TX 75604

LEAF
5066
HARTFORD, CT 06102-5066

Lease One Magnolia, LLC
PO Box 436647
Louisville, KY 40253

Lee Brick & Block
PO Box 3245
Bowling Green, KY 42102

Melissa Jane Lee
Manier & Herod
1201 Demonbreun Street, Suite 900
Nashville, TN 37203

LEGACY OPE
839 US 31W Bypass
Bowling Green, KY 42101

LGI Homes - Tennessee, LLC
2908 Poston Ave.
Nashville, TN 37203

LIBERTY WASTE, LLC
PO BOX 90186
NASHVILLE, TN 37209

Logan County Treasurer
PO Box 236
Russellville, KY 42276

LOJAC ENTERPRISES, LLC
1401 TOSHIBA DRIVE
LEBANON, TN 37088-0998

LOUIS T. ROTH & CO.
2100 GARDINER LANE
SUITE 207
LOUISVILLE, KY 40205-2994

```
LOVE'S SPEEDCO #919
2875 SCOTTSVILLE RD
FRANKLIN, KY 42134

Lumen
PO Box 27070
Minneapolis, MN 55427

Lyons Service Company
1535 Memphis Junction Road
Bowling Green, KY 42101

M & M Services Co, Inc
229 Midland Trail
Mt. Sterling, KY 40353

M&H Waterworks LLC
983 Apple Grove Rd.
Smiths Grove, KY 42171

MarCor Construction Inc
922 Harpeth Valley Place
Nashville, TN 37221

MARTIN MARIETTA MATERIALS
P O Box 75328
Charlotte, NC 28275

Massachusetts Fidelity Trust
6400 C St SW, MS 2ECR
Cedar Rapids, IA 52499

MATHESON TRI-GAS INC.
P O BOX 347297
PITTSBURGH, PA 15251-4297

MAX BUILT TRAILERS
1147 SITTON RD S
CHATSWORTH, GA 30705

McMaster-Carr
P.O. Box 7690
Chicago, IL 60680-7690

MDHA TN
712 South Sixth Street
Nashville, TN 37206

MEADE EQUIPMENT
2000 TRI CITIES CROSSING
KINGSPORT, TN 37663

MEDICAL CENTER AT FRANKLIN
P O BOX 9519
FRANKLIN, KY 42135
```

Meritage Homes
2555 Meridian Blvd.
Suite 100
Franklin, TN 37067

Meritage Homes of Tennessee
5217 Maryland Way Suite 222
Brentwood, TN 37027

Meritage Homes of TN
William Newcomb
1603 Berrywood Way
Nashville, TN 37207

METRO PUBLIC WORKS
720 SOUTH 5TH STREET
NASHVILLE, TN 37206

METROPOLITAN GOVT OF NASHVILLE
C/O METRO WATER SERVICES
1600 2ND AVE NORTH ATTN A/R
NASHVILLE, TN 37208

MID-SOUTH LUMBER & SUPPLY, INC
107 EMMETT AVE
BOWLING GREEN, KY 42101

MID-TENN. FORD
P O BOX 100856
NASHVILLE, TN 37210

Mid-TN Erosion and Sediment Co
658 Murfreesboro Pike
Nashville, TN 37210

MIDDLE TENNESSEE ELECTRIC
PO Box 330008
MURFREESBORO, TN 37122-0008

MIDLAND CREDIT MANAGEMENT
PO BOX 2121
WARREN, MI 48090

MILLER CURBER
4020 SIMON ROAD
YOUNGSTOWN, OH 44512

MINE EQUIPMENT & DESIGN. LLC
PO BOX 728
ROSS, OH 45061

Mitsubishi HC Capital America
7808 Creekridge Circle
Suite 250
Edina, MN 55439

MOBILE COMMUNICATIONS AMERICA
1136 MYATT BLVD
MADISON, TN 37115

MOBILE PRODUCTS, INC.
29015 Network Place
Chicago, IL 60673-1290

MONTICELLO BANK
P O Box 421
MONTICELLO, KY 42633

Monticello Banking Company
PO Box 421
Monticello, KY 42633

Morgantown Bank & Trust
201 N. Main St.
PO Box 68
Morgantown, KY 42261

MOTION INDUSTRIES INC.
P O BOX 404130
ATLANTA, GA 30384

NACARATO TRUCK CENTER
370 TROTTERS LN
FRANKLIN, KY 42134-6237

NACARATO TRUCK LEASING
519 NEW PAUL ROAD
LA VERGNE, TN 37086

NAPA Member Services
5100 Forbes Blvd.
Lanham, MD 20706-4407

NAPA MIKE'S AUTO PARTS
300 N. COLLEGE ST
FRANKLIN, KY 42134

NASHVILLE READY MIX
8120 SAWYER BROWN RD SUITE 109
NASHVILLE, TN 37207

NASHVILLE RUBBER & GASKET INC
P O Box 110357
Nashville, TN 37222-0357

National Toxicology Special In
1425 Elm Hill Pike
Nashville, TN 37210

```
NAVITAS CREDIT CORP
201 EXECUTIVE CENTER
SUITE 100
ATLANTA, GA 31193-5204

Navitas Credit Corp.
PO BOX 935204
Columbia, SC 29210

NEWLANE FINANCE
123 S BROAD STREET 17TH FL
PHILADELPHIA, PA 19109

NEWMAN TRACTOR
2841 VERONA ROAD
VERONA, KY 41092

Noregon Systems Inc.
7009 Albert Pick Rd
Greensboro, NC 27409

Northern Tool
North Charleston Center
5900 Rivers Ave Ste A
North Charleston, SC 29406

NWK CONSTRUCTION INC
P O BOX 486
HARRODSBURG, KY 40330

Old Hickory Const. & Excav.Inc
939 Newton Lane
Gallatin, TN 37066

OLDCASTLE INFRASTRUCTURE
P O BOX 402721
ATLANTA, GA 30384-2721

OMEGA RAIL MANAGEMENT INC
4721 TROUSDALE DRIVE
SUITE 206
NASHVILLE, TN 37220

ONEAL STEEL
710 S. 2ND STREET
NASHVILLE, TN 37213

ONSET FINANCIAL
274 W. 12300 S
DRAPER, UT 84020

ONSTAR SUBSCRIPTION CENTER
P O BOX 77000
DETROIT, MI 48277-0246
```

ORGAIN READY MIX
240 KRAFT ST
CLARKSVILLE, TN 37040

Orica USA Inc.
PO Box 2623
Carol Stream, IL 60132-2623

Pacific Western Equipment Finance
6975 Union Park Center
Suite 200
Midvale, UT 84047

PALFINGER USA, LLC
4151 WEST STATE ROUTE 18
TIFFIN, OH 44883

PALMER TRUCKS, INC.
2575 TOBEY DRIVE
INDIANAPOLIS, IN 46219

PARMAN PRODUCTS, LLC
P O Box 197557
NASHVILLE, TN 37219-7557

PARMAN TRACTOR & EQUIPMENT
3570 DICKERSON PIKE
NASHVILLE, TN 37207-8187

PATCO INDUSTRIAL SUPPLY INC
P O BOX 2814
MURFREESBORO, TN 37133

Penler LLC
2964 Peachtreet Rd NW #275
Atlanta, GA 30305

Perdue Heating and Cooling LLC
405 Perdue Farms Rd.
Franklin, KY 42134

PETTER BUSINESS SYSTEMS
P O BOX 1120
PADUCAH, KY 42002

Pin Oaks Estate, LLC
Attn: Vernon Wayne Vinson
706 Hackberry Road
Cecilia, KY 42724

PINE BLUFF MATERIALS CO. LLC
1030 Visco Dr
Nashville, TN 37210

Pinnacle Bank
PO Box 331678
Murfreesboro, TN 37133

Pipe Check LLC
325R Emmett Ave
Bowling Green, KY 42101

PITNEY BOWES
PO BOX 371887
PITTSBURGH, PA 15250

PLANGRID, INC
2111 MISSION ST, SUITE 400
SAN FRANCISCO, CA 94110-6349

PNC ACH
Service Center
PO Box 825303
Philadelphia, PA 19182

PNC Equipment Finance, LLC
P O Box 71425
Chicago, IL 60694-1425

POWER CURBERS INC.
P O BOX 1639
SALISBURY, NC 28145

POWER EQUIPMENT COMPANY
DEPT 8015
CAROL STREAM, IL 60122-8015

PREMIER MOTOR CARRIERS
P O BOX 51110
BOWLING GREEN, KY 42102

PRI PAVEMENT RESTORATION
10162 STINSON STREET
MILAN, TN 38358

Prime Alliance Bank, Inc.
1868 South 500 West
Woods Cross, UT 84087

PRODUCTIVITY PLUS ACCOUNT
DEPT. 18-5504004644
P O BOX 78004
PHOENIX, AZ 85062-8004

Professional Traffic Control
9 Industrial Park Drive
Hendersonville, TN 37075

PROTEGIS FIRE & SAFETY
PO BOX 931933
CLEVELAND, OH 44193

QUALITY SEALING & STRIPING
OF FRANKLIN, KY, LLC
1875 INDUSTRIAL BY-PASS N
FRANKLIN, KY 42134

QUARLES FUEL NETWORK
P O BOX 745736
ATLANTA, GA 30374-5736

RAIN FOR RENT
7677 ROLLING MILL ROAD
BALTIMORE, MD 21224

RAM TOOL
LOCKBOX 743487
6000 FELDWOOD RD
COLLEGE PARK, GA 30349

RAPID FUELING
P O Box 283
FRANKLIN, KY 42135

RAVEN MACHINE
3015 FALLING CREEK AVE
RICHMOND, VA 23234

Reed Landscaping Inc
110 Walnut St.
Springhill, TN 37174

REFLECTIVE APPAREL FACTORY,INC
1649 SANDS PLACE
SUITE J
MARIETTA, GA 30067

Republic Services
850 E. Jefferson Pike
Murfreesboro, TN 37130

REYNOLDS SEALING & STRIP INC
P O BOX 1558
BOWLING GREEN, KY 42102

RICHMOND MACHINERY & EQUIP CO
PO BOX 6588
RICHMOND, VA 23230

ROADTEC, INC.
P O BOX 934294
ATLANTA, GA 31193-4294

Roadway Construction Products
PO BOX 326
Leitchfield, KY 42755

Roberston Co Industrial Development
3150 Barry Drive
Portland, TN 37148

ROGERS MANUFACTURING CO INC
110 TRANSIT AVE
NASHVILLE, TN 37210

RON TURLEY ASSOC. INC
17437 N 71st DRIVE #110
GLENDALE, AZ 85308

RUSH ENTERPRISES, INC.
900 EXPO DRIVE
SMYRNA, TN 37167-5638

S & W Contracting Company Inc
952 New Salem Hwy.
Murfreesboro, TN 37129

S.C. Department of Revenue
P O Box 125
Columbia, SC 29214-0215

SAF-TI-CO
2400 MILLERS LANE
LOUISVILLE, KY 40216-5389

SAFETY-KLEEN
PO BOX 975201
DALLAS, TX 75397-5201

SAULS SEISMIC, INC
3710 4TH AVENUE SOUTH
BIRMINGHAM, AL 35222

SC Partners
Sotheastern Building Corp.
1000 Kennesaw Blvd
Gallatin, TN 37066

J. Brad Scarbrough
BuildLaw, PLC
4300 Sidco Drive, Suite 200
Nashville, TN 37204

SCOTT EQUIPMENT
1231 BRIDGETONE PKWY
LAVERGNE, TN 37086

Sentinel Construction, LLC
500 Stefan Court
Franklin, TN 37064

SHAKER EQUIPMENT SALES
13052 BOWLING GREEN ROAD
AUBURN, KY 42206

Siemens Financial Services
P O Box 2083
Carol Stream, IL 60132-2083

SIMPSON COUNTY SHERIFF
JERE DEE HOPSON
P O BOX 434
FRANKLIN, KY 42135

SITECH
4415 POPLAR LEVEL RD
LOUISVILLE, KY 40213

SITESAFE
200 JUDGE KENNETH H GOFF DR
LEITCHFIELD, KY 42754

SJ Perry Hauling LLC
389 Cherrywood Dr
Leitchfield, KY 42754

SLN Contracting
1172 County Road 122
Jemison, AL 35085

Smyrna Ready Mix Materials
1000 Hollingshead Circle
Murfreesboro, TN 37129

SOUTHERN NURSERIES INC
136 CENTER POINT RD SOUTH
HENDERSONVILLE, TN 37075

Southern Sales Company Inc.
P O Box 40384
Nashville, TN 37204

SOUTHERN STATES
640 Plum Springs Loop
Bowling Green, KY 42101-9122

SOUTHERN STATES SIMPSON COOP
P O BOX 528
301 FINN STREET
FRANKLIN, KY 42134

```
SPRINGFIELD WATER & WASTEWATER
924 CENTRAL AVENUE WEST
SPRINGFIELD, TN 37172

STAR*TEL SYSTEMS INC
P O BOX 515
GLASGOW, KY 42142-0515

STEPHENS PIPE & STEEL LLC
P O BOX 618
RUSSELL SPRINGS, KY 42642

Sterling National Bank
500 Seventh Avenue
New York, NY 10018

Stites & Harbison PLLC
400 WEST MARKET ST
SUITE 1000
LOUISVILLE, KY 40202-3352

STOTTS CONSTRUCTION COMPANY
203 BURKESVILLE RD, SUITE 101
PO BOX 1689
COLUMBIA, KY 42728

Stripes And More
512 US 31W Bypass
Bowling Green, KY 42101

SUNBELT RENTALS
P O BOX 409211
ATLANTA, GA 30384-9211

Swanson Industries
2608 Smithtown Road
Morgantown, WV 26508-2494

Synergy Earth Systems LLC
26148 Capital Drive
Suite H
Daphne, AL 36526

Tag Truck Center
215 Campbell Drive
Calvert City, KY 42029

Takeuchi Financial Services
475 Sansome
19th Floor
San Francisco, CA 94111

TARP SHOP
US HWY 231, 7690 VET. MEM. HWY
SCOTTSVILLE, KY 42164
```

Joe Tavares
8000 Cinder Bed Rd
Lorton, VA 22079

TENNESSEE DEPT OF AGRICULTURE
PO BOX 111359
NASHVILLE, TN 37222

TENNESSEE SECRETARY OF STATE
WILLIAM R SNODGRASS TOWER
312 ROSA L PARKS AVE 6TH FL
NASHVILLE, TN 37243

TFG Leasing Fund III, LLC
6995 Union Park Center
Suite 400-A
Midvale, UT 84047

TFG-Kentucky, L.P.
6995 Union Park Center
Suite 400
Midvale, UT 84047

The Club at Olde Stone
950 Village Way
Bowling Green, KY 42103

THE LANG COMPANY
540 SOUTH 13TH STREET
LOUISVILLE, KY 40203-1796

The Leasing Group, LLC
130 St. Matthews Ave., #201
Louisville, KY 40207

The Mulch Company
665 Vernon Avenue
Nashville, TN 37209

THE PEOPLES BANK
PO.BOX 1209
GLASGOW, KY 42142

THE SHERWIN-WILLIAMS CO
827 US 31W BYP
BOWLING GREEN, KY 42101

THOMPSON MACHINERY
P O BOX 535496
ATLANTA, GA 30353-5496

TKM, INC.
10635 Clay County Highway
Moss, TN 38575

TRACTOR SUPPLY Credit Plan
Dept. 30-1103171706
P O Box 78004
Phoenix, AZ 85062-8004

TRAFFIC CONTROL GROUP, INC
745 SOUTH CHURCH ST. SUITE 605
MURFREESBORO, TN 37130
MURFREESBORO, TN 37130

TRAILER WORLD INC
800 THREE SPRINGS RD
BOWLING GREEN, KY 42104

TRAMMEL CONSTRUCTION SOLUTIONS
124 ODOMS BEND RD
GALLATIN, TN 37066

TRANSLECTRIC
P O BOX 307
JACKSON, MO 63755

TRAVELERS
13607 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

TRI-STATE INTERNATIONAL
191 PARKER AVENUE
BOWLING GREEN, KY 42101

TRUCKPRO, INC.
P.. Bx 905044
CHARLTTE, NC 28290-5044

True-Line Coring & Cutting LLC
274 Hermitage Avenue
Nashville, TN 37210

TRUX NOW
1601 TRAPELO RD,
SUITE 140
WALTHAM, MA 02451

TW FLEET SERVICES
5044 MURFREESBORO RD
LA VERGNE, TN 37086

Twin K Construction, Inc.
13271 Scott Highway
Helenwood, TN 37755

U.S. BANK
P.O. BOX 790408
ST LOUIS, MO 63179-0408

UNIFIRST CORPORATION
813 MASSMAN DRIVE
NASHVILLE, TN 37210

UNITED RENTALS (NORTH AMERICA
P O BOX 100711
ATLANTA, GA 30384-0711

United States Fire Insurance Company
d/b/a Crum & Forster
305 Madison Avenue
Morristown, NJ 07960

UNIVERSITY OF KY
KY TRANSPORTATION CENTER
176 RAYMOND BLDG
LEXINGTON, KY 40504-0281

US SPRINKLER DESIGN, LLC.
202 Fairfield Drive
Smyrna, TN 37167

USA Today Network Tennessee
P.O. Box 6775789
Dallas, TX 75267-7589

Valor Oil LLC
1200 ALSOP LANE
P O BOX 1914
OWENSBORO, KY 42302

VCE, INC.
P O BOX 25285
NASHVILLE, TN 37202

VERIZON WIRELESS
P O BOX 25505
LEHIGH VALLEY, PA 18002-5505

VFI ABS 2022-1, LLC
2800 East Cottonwood Parkway
2nd Floor
Salt Lake City, UT 84121

VFI KR SPE I LLC
27655 MIDDLEBELT ROAD
SUITE 150
FARMINGTON HILLS, MI 48334

VFS US LLC
PO Box 26131
Greensboro, NC 27402

VIRGINIA DEPT OF TAXATION
P O BOX 27264
RICHMOND, VA 23261-7264

Virginia Paving
90 Fieldstone Court
Cheshire, CT 06410

VOLUNTEER HOSE & GASKET
PO BOX 101505
NASHVILLE, TN 37224

VOLVO FINANCIAL SERVICES
P O Box 7247-0236
Philadelphia, PA 19170-0236

VULCAN MATERIALS
P O BOX 75219
Charlotte, NC 28275-5219

WAGGONER AND SONS, INC.
1111 FULTON ROAD
MAYFIELD, KY 42066

Waller Sales Corporation
2941 Union Rd
White House, TN 37188

Warren Cty Public Schools
QUARTERLY TAX RETURNS
PO Box 9001252
Louisville, KY 40290-1252

WARREN RURAL ELECTRIC COOP COR
P O BOX 1118
BOWLING GREEN, KY 42102

WASTE MANAGEMENT NASHVILLE
PO BOX 55558
BOSTON, MA 02205-0558

WEBSTER BANK/STERLING/ONSET
LEASING DIVISION
PO BOX 75364
CHICAGO, IL 60675-5364

Wells Fargo Bank, N.A.
300 Tri-State International
Suite 400
Lincolnshire, IL 60069

WHAYNE DBA BOYD CO RENTALS
DEPT. 8326
CAROL STREAM, IL 60122-8326

Whayne Supply Company
PO Box 35900
Louisville, KY 40232-5900

White Cap, L.P
PO Box 4944
Orlando, FL 32802-4944

WHOLESALE SUPPLY GROUP, INC.
P O BOX 4080
CLEVELAND, TN 37320-4080

WILDER MOTOR EQUIPMENT INC
P O Box 330819
NASHVILLE, TN 37203

WILES SIGN PROS
2515 PETTY DRIVE
BOWLING GREEN, KY 42103

WILLIAMS SCOTSMAN, INC.
326 WEAKLEY LANE
SMYRNA, TN 37167

Wilson Post
223 N Cumberland St
Lebanon, TN 37087

WMC Contracting Co., Inc.
21 Depot Street
Big Sandy, TN 38221

Woods Partners
3144 Old Franklin Road
Antioch, TN 37013

XEROX FINANCIAL SERVICES
P O BOX 202882
DALLAS, TX 75320-2882

XPO Logistics Frieght, Inc.
29559 Network Place
Chicago, IL 60673-1559

XYLEM Dewatering Solutions, In
26717 Network Place
Chicago, IL 60673-1267

YOKLEY MACHINE CO INC
212 E CEDAR ST
FRANKLIN, KY 42134

Yokohama Tire Corporation
Po Box 677087
Dallas, TX 75267-7087

```
YRC Freight
PO BOX 93151
Chicago, IL 60673-3151

ZEP SALES AND SERVICE
ACUITY SPECIALTY PRODUCTS, INC
PO BOX 404628
ATLANTA, GA 30384-4462

ZIEGLER TIRE & SUPPLY CO.
BOWLING GREEN 28
119 AMBASSADOR DRIVE
BOWLING GREEN, KY 42101

Jessalyn H. Ziegler
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201

ZULTYS, INC
DEPT LA 23786
PASADENA, CA 91185-3783
```

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Charles Deweese Construction, Inc.**

           Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Charles Deweese Construction, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July  1, 2022**

Date

**/s/ Tyler R. Yeager**

**Tyler R. Yeager 92722**

Signature of Attorney or Litigant

Counsel for   **Charles Deweese Construction, Inc.**

**Kaplan Johnson Abate & Bird LLP**
**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
**(502) 416-1630 Fax:(502) 540-8282**
**tyeager@kaplanjohnsonlaw.com**