IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| CHARLES DEWEESE ) | |
| CONSTRUCTION, INC. ) | No. 22-10355-jal |
| ) | |
| ) | |
| Debtors. ) | |

**MOTION OF JB&B CAPITAL, LLC FOR RELIEF FROM THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, MOTION TO REQUIRE DEBTOR-IN-POSSESSION TO ASSUME OR REJECT LEASES, AND FOR ADEQUATE PROTECTION**

Comes JB&B Capital, LLC ("Movant"), and moves this Court, pursuant to 11 U.S.C. §§ 361, 363 and 365, Federal Rule of Bankruptcy Procedure 4001(a)(1) and W.D.KY. LBR 4001-1 and 9013-1, for the entry of an Order granting Movant relief from the automatic stay to terminate the equipment leases currently in effect between Movant and Charles Deweese Construction, Inc. ("Debtor").  In the alternative, Movant requests that the Court condition the Debtor's use of Movant's equipment by requiring the Debtor to provide adequate protection pursuant to 11 U.S.C. § 363(e), and to require the debtor to timely perform all of the obligations under the unexpired leases of personal property between the Movant and the Debtor until such leases are assumed or rejected.  In the event that the requested relief from stay is not granted, Movant requests that the Debtor be required to determine on or before September 15, 2021 whether to assume or reject the leases pursuant to 11 U.S.C. § 365(d)(2).  In support of the request for relief, Movant shows as follows:

1.  Movant and Debtor entered into five (5) lease agreements (the "Lease Agreements") which involve personal property, as described below:

5088415.1

| Lease No. | Date of Lease | Description of Equipment |
|---|---|---|
| XXX2-002 | November 15, 2017 | 2018 Volvo Semi-Truck (995748) <br><br> 2018 Dump Truck (992220) |
| XXX2-003 | November 15, 2017 | 2018 Volvo Semi-Truck (88832) <br><br> 2018 Semi-Truck (88830) |
| XXX2-004 | November 15, 2017 | 2018 Volvo Dump Truck (995749) |
| XXX2-008 | June 15, 2018 | 2018 Volvo Semi-Truck (900444) <br><br> 2018 Volvo Semi-Truck (900445) <br><br> 2018 Volvo Semi-Truck (900446) |
| XXX2-009 | June 15, 2018 | 2019 Volvo Semi-Truck (900442) <br><br> 2019 Volvo Semi-Truck (900443) |

2. A true and exact copy of each Lease Agreement is included in the Proof of Claim filed by JB&B which is attached as *Exhibit 1*. The Leases are attached hereto as *Exhibits A through E* to the Proof of Claim *(Exhibit 1)*. Each exhibit also includes copies of the titles which show that each item of equipment is owned by JB&B Capital, LLC. All of the Lease Agreements are true leases.

3. Debtor breached all five of the Lease Agreements by failing to make lease payments as they became due pursuant to the terms of the Lease Agreements. Specifically, no payment has been made under any of the Lease Agreements since May 19, 2022. Pursuant to the terms of the Lease Agreements, payments under each Lease Agreement become due and owing on the 15th day of each month.

5088415.1

4. On or about July 1, 2022, the Debtor filed a Chapter 11 bankruptcy case in the United States Bankruptcy Court for the Western District of Kentucky. This Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

5. The total lease default as of the petition date is $123,431.64 plus late fees and attorney's fees. Since filing the Petition, the July 15th payments have also become due and payable in the total amount of $31,498.52. Therefore, the total amount in default is $154,930.16.

6. Debtor has failed to cure, or to provide adequate assurance that it will cure, these existing defaults. The Debtor has also failed to provide adequate assurance that it will compensate Movant for any actual pecuniary loss resulting from the default or to provide adequate assurance of future performance. The Debtor has given no assurance of any kind that it intends to assume or reject the Lease Agreements. JB&B's equipment continues to depreciate every day it is used by Debtor and it lacks adequate protection which is cause for relief from stay pursuant to 11 U.S.C. § 362(d)(1).

7. Debtor has given no assurance to JB&B that it intends to comply with the terms of the Lease Agreement entered into with Movant as described above, and that it will comply with 11 U.S.C. § 365(d)(5); therefore, Movant lacks adequate protection. The leasehold equipment continues to depreciate in value. Cause exists for relief from stay pursuant to 11 U.S.C. § 362(d)(1). Further, this Debtor has no equity in the equipment, and it is not necessary to effective reorganization and, therefore, Movant is also entitled to relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(2).

8. In the alternative, Movant requests the Court to condition the Debtor's continued use of Movant's personal property upon the Debtor supplying adequate protection pursuant to 11 U.S.C. § 363(e) at least equal to the monthly lease payments.

5088415.1

9. Additionally, Movant requests that, if the requested relief from the automatic stay is not granted, the Debtor be further required to make a determination whether to assume or reject the Lease Agreements on or before September 1, 2022 pursuant to 11 U.S.C § 365(d)(2).

PREMISES CONSIDERED, Movant prays that it be granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1)(2) to terminate the Lease Agreements which are attached hereto as *Exhibits A through E to Exhibit 1* and to take any and all necessary action to recover possession of the personal property described therein. In the alternative, Movant prays for adequate protection payments pursuant to 11 U.S.C. § 363 and 11 U.S.C. § 361. Additionally, Movant prays that Debtor be required to assume or reject the Lease Agreements on or before September 15, 2022.

Respectfully submitted this 3rd day of August, 2022.

        WOOLF, MCCLANE, BRIGHT,
          ALLEN & CARPENTER, PLLC

/s/ Dean T. Howell
Dean T. Howell, KY BPR #95816
Gregory C. Logue, TN BPR #012157- Kentucky
pro hac vice admission pending

900 Riverview Tower
900 S. Gay Street
Knoxville, Tennessee  37902
865-215-1000
865-215-1001 (fax)
dhowell@wmbac.com
logueg@wmbac.com

Attorneys for JB&B Capital, LLC

4

5088415.1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 3, 2022, a copy of the foregoing **MOTION OF JB&B CAPITAL, LLC FOR RELIEF FROM THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, MOTION TO REQUIRE DEBTOR-IN-POSSESSION TO ASSUME OR REJECT LEASES, AND FOR ADEQUATE PROTECTION, Exhibit 1, and Proposd Orders** were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Charles Deweese Construction, Inc.
765 Industrial Bypass North
Franklin, KY  42134

Tyler R. Yeager, Esq.
Kaplan Johnson Abate & Bird, LLP
710 W. Main Street, 4th Floor
Louisville, KY  40202

Timothy E. Ruppel, Trial Attorney
Paul A. Randolph, U.S. Trustee
Office of the U.S. Trustee
601 West Broadway, Suite 512
Louisville, KY  40202

Benchmark Companies
P.O. Box 331516
Murfreesboro, TN 37133

Brandywine
2470 Fords Mill Rd
Paris, KY 40361

Cat Financial Cat Card
Po Box 735638
Dallas, TX 75373-5638

Cincinnati Insurance Companies
Po Box 145620
Cincinnati, OH 45250-5620

City Of Murfreesboro
111 West Vine Street
Murfreesboro, TN  37130

City Of White House
105 College Street
White House, TN 37188

DeAngelis Diamond
6635 Willow Park Dr.
Naples, FL 34109

Fortiline Inc
P O Box 744053
Atlanta, GA 30384-4053

Foster Supply, Inc.
912 Burgin Road
Harrodsburg, KY 40330

Gearhart Construction
120 E. Market St., #1
Leesburg, VA 20176

Hawkins Asphalt Paving
6013 Highway 64 E
Wartrace, TN 37183

Kimbro Oil Company
P O Box 23089
Nashville, TN  37202-3089

KL Nexus TN LLC
Attn: Devin Radkaya and Joshua Gibbs
105 Ne 1st St
Delray Beach, FL 33444-3807

Oldcastle Infrastructure
P O Box 402721
Atlanta, GA 30384-2721

5

5088415.1

Rapid Fueling
P.O. Box 283
Franklin, KY 42135

S & W Contracting Company Inc
952 New Salem Hwy.
Murfreesboro, TN 37129

Southern Nurseries Inc
136 Center Point Rd South
Hendersonville, TN 37075

James R. Irving, Esq.
3500 National City Tower
101 S. 5th Street
Louisville, KY 40202

April A. Wimberg, Esq.
Dentons Bingham Greenebaum LLP
101 S. 5th Street, 34th Fl
Louisville, KY 40202

Trux Now
1601 Trapelo Rd,
Suite 140
Waltham, MA 02451

Twin K Construction, Inc.
Attn:  Jacob Brown Or Hunter West
13271 Scott Highway
Helenwood, TN  37755

Vulcan Materials
P O Box 75219
Charlotte, NC 28275-5219

Gina Marie Young, Esq.
Dentons Bingham Greenebaum LLP
3500 PNC Tower
101 South Fifth Street
Louisville, KY 40202

/s/     Dean T. Howell, Esq.
    Dean T. Howell, KY BPR #95816

WOOLF, McCLANE, BRIGHT,
  ALLEN & CARPENTER, PLLC
Post Office Box 900
Knoxville, Tennessee  37901-0900
(865) 215-1000

5088415.1