UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CHARLES DEWEESE ) | Case No. 22-10355 (1) |
| CONSTRUCTION, INC. ) | |
| Debtor(s) ) | Chapter 11 |
| _____ ) | |

**NOTICE OF MOTION**

    Comes Elmer J. George, Attorney at Law, 105 West Main Street, Lebanon, Marion County, Kentucky 40033, and hereby moves the Court as follows, to wit:

    1. For an Order allowing the undersigned to withdraw as counsel of record for the Plaintiff, SAF-TI-CO, Inc., due to a clerical misprision.

    Respectfully submitted,

/s/Elmer J. George_____
Elmer J. George
105 West Main Street
Lebanon, Kentucky 40033
Phone: (270)-692-2161
Fax: (270)-692-2347
elmergeorge@kylawoffices.com
*Attorney for Stotts Construction Company, INC.*