# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | |
|---|---|
| IN RE:<br><br>CHARLES DEWEESE CONSTRUCTION, INC.<br><br>    Debtor | Chapter 11<br><br>Case No. 22-10355-jal |

## SUPPLEMENT TO MOTION OF CATERPILLAR FINANCIAL SERVICES CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d) AND ABANDONMENT UNDER 11 U.S.C. § 554, AND TO INSPECT EQUIPMENT

Comes Caterpillar Financial Services Corporation ("CFSC"), by counsel, and for its Supplement to the Motion for Relief from the Automatic Stay under 11 U.S.C. § 362(d) and Abandonment under 11 U.S.C. § 554, and to Inspect Equipment [Doc. 526] ("Motion") filed herein, respectfully states as follows:

The Motion states that Debtor Charles Deweese Construction, Inc. ("Debtor") has not proposed adequate protection to CFSC. [*See* Motion, pp. 14, 25.] CFSC files this Supplement to clarify that Debtor has proposed adequate protection regarding one of the several pieces of Corporate Collateral discussed in the Motion.

Dated: October 3, 2022

Respectfully submitted,

STOLL KEENON OGDEN PLLC

<u>/s/ Amelia Martin Adams</u>
Gregory D. Pavey
Amelia Martin Adams
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507
(859) 231-3000
gregory.pavey@skofirm.com
amelia.adams@skofirm.com
*Counsel for Caterpillar*
*Financial Services Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Supplement was filed and served via the Court's CM/ECF system on October 3, 2022 on all parties entitled to receive electronic service in this case.

<u>/s/ Amelia Martin Adams</u>
*Counsel for Caterpillar*
*Financial Services Corporation*

8880563.1